UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYSHETTIA REID,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>MAINSTREAM PROPERTIES, LLC.<br>a Louisiana Corporation<br>and<br>Canal Supreme, LLC.<br>a Louisiana Limited Liability Company<br>Defendants. | )<br>)<br>)<br>) DOCKET NO. 2:12-cv-00849<br>)<br>) JUDGE NANETTE J. BROWN<br>)<br>) MAG. JUDGE DANIEL E. KNOWLES, III<br>)<br>)<br>)<br>) SECTION: G<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby stipulates to dismiss Plaintiff's action solely against Defendant Mainstream Properties, LLC. (but **not** Defendant Canal Supreme, LLC.).

Respectfully Submitted,

By: /s/ Andrew D. Bizer
Andrew Bizer, Esq. (LA # 30396)
The Bizer Law Firm, LLC
757 St. Charles Avenue, Suite 302
New Orleans, LA 70130
Phone:  504-619-9999
Fax:       504-592-3300
andrew@bizerlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel receiving notice of electronic filing.

                                /s/ Andrew D. Bizer
                       **ANDREW D. BIZER (#30396)**